1  RILEY A. CLAYTON
   Nevada Bar No. 005260
2
   HALL JAFFE & CLAYTON, LLP
3  7455 WEST WASHINGTON AVE., SUITE 460
   LAS VEGAS, NEVADA 89128
4  (702) 316-4111
   FAX (702) 316-4114
5
   Attorney for Defendant
6  State Farm Mutual Automobile
   Insurance Company
7

8               UNITED STATES DISTRICT COURT

9                   DISTRICT OF NEVADA

10 KATHLEEN GORRELL and DANIEL         CASE NO.: 2:08-cv-01757-RLH-RJJ
   GORRELL,
11
                Plaintiffs,
12
13 vs.                                 STIPULATION AND ORDER FOR
                                       DISMISSAL WITH PREJUDICE
14 STATE FARM MUTUAL AUTOMOBILE
   INSURANCE COMPANY, a foreign
15 corporation authorized to do business in
   Nevada; DOES I through X and ROE
16 Corporations or Business Entities I through
   X, inclusive,
17
                Defendants.
18

19      IT IS HEREBY STIPULATED by and between the Plaintiffs, Kathleen Gorrell and Daniel

20 Gorrell, and Defendant, State Farm Mutual Automobile Insurance Company, parties hereto, by and

21 through their respective counsel, Harris Merritt Chapman, Ltd., for Plaintiff, and Hall Jaffe & Clayton,

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  LLP, for Defendant, that this matter be dismissed with prejudice, each party to bear its own costs and
2  attorney fees.
3  DATED this 15th day of June, 2010.                    DATED this 29th day of June, 2010.
4  HARRIS MERRITT & CHAPMAN, LTD.                        HALL JAFFE & CLAYTON, LLP

6  By _____                           By _____
7  Kurt K. Harris, Esq.                                  Riley A. Clayton, Esq.
   Nevada Bar No. 005354                                 Nevada Bar No. 005260
   866 Seven Hills Drive, Suite 201                      7455 W. Washington Ave., Suite 460
8  Henderson, Nevada 89052                               Las Vegas, Nevada 89128
   Attorney for Plaintiffs                               Attorney for Defendant

## ORDER

IT IS SO ORDERED.

Dated _____.

_____
UNITED STATES DISTRICT COURT JUDGE

2